■ JOHN BIZZARO et al., Plaintiffs, v NICHOLAS J. MELEO et al., Defendants, FISHER CONTROLS CO., INC., Respondent, and DOLLINGER CORPORATION, Appellant. (And 16 Other Actions.) (Appeal No. 13.)—Judgment unanimously reversed and motion denied. (See *Meleo v Rochester Gas & Elec. Corp.*, 72 AD2d 83.) (Appeal from judgment of Monroe Supreme Court—Dismiss complaints and cross claims.) Present—Dillon, P. J., Hancock, Jr., Schnepp and Doerr, JJ.